James G. Magness, appellee, v. Lee Wah, appellant. Gen. No. 28,498.

Forcible detainer for store let on lease, tenant holding over. Judgment for plaintiff. Appeal from the Municipal Court of Chicago;

the Hon. Joseph W. Shulman, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

Jacob Levy, for appellant. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice McSurely delivered the opinion of the court.